# MEMORANDA OF CASES

## Not Fully Reported,

DECIDED AT THE

## JANUARY SESSION OF THE COURT, 1880.

[No. 6,057.]

### KELLOGG v. MAYER, ADMINISTRATOR, ETC.

DISMISSAL OF APPEAL—TRANSCRIPT.

The facts are as stated in the argument of respondent's counsel.

No brief on file for Appellant.

*Gunnison & Booth,* for Respondent.

The transcript does not comply with the rules of this Court. There is no index, and the lines are not folioed.

Department No. 1:

On motion, ordered that appeal be dismissed.